UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. BKY 05-39258 (GFK) |
| MESABA AVIATION, INC., DBA MESABA AIRLINES, | Chapter 11 Case |
| Debtor. | |

## VERIFIED STATEMENT OF UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE PURSUANT TO BANKRUPTCY RULE 2019

UMB Bank, N.A. as successor indenture trustee ("UMB Bank"), submits the following Verified Statement pursuant to Bankruptcy Rule 2019 and represents as follows:

1. UMB Bank serves as successor indenture trustee pursuant to a certain trust indenture dated as of July 1, 1999 (the "Trust Indenture") for the $14,000,000 Kenton County Airport Board Special Facility Revenue Bonds, 1999 Series A (Mesaba Aviation, Inc. Project) (the "Bonds"). A copy of the Trust Indenture is attached to this Statement.

2. Pursuant to the Trust Indenture, UMB Bank acts as the successor trustee for the holders (collectively, the "Bondholders") of the Bonds. The full name and address of UMB Bank, in its capacity as Trustee for the Bondholders, is:

> UMB Bank, N.A., Trustee
> Corporate Trust Division
> 2401 Grand Boulevard
> Kansas City, MO 64108-2551
> Attn: Franklin Bramwell, Senior Vice President and Manager

3. Information about the claims of UMB Bank as Trustee will be provided in its proof of claim to be filed in the above-captioned case.

4. UMB Bank became the Trustee under the Trust Indenture on or about November, 2005.

5. UMB Bank maintains a list of the current record holders of the Bonds. The Bonds are publicly traded and all of the Bonds are held in the name of CEDE & Co., as nominee for Depository Trust Company, a national securities repository. Some of the Bonds may have been acquired from prior holders of such interests within one (1) year prior to the filing of the petition in this case.

6. UMB Bank reserves the right to amend and/or supplement this statement.

7. The undersigned declares under penalty of perjury that the foregoing is true and correct.

Dated: February 2, 2006

                                          Respectfully submitted,

                                          UMB BANK, N.A.
                                          as Trustee

                                          By: Franklin Bramwell
                                          Its: Senior Vice President and Manager